**Order entered August 16, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00355-CR

### OSCAR EDGARDO FERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-76143-X**

## ORDER

The Court **GRANTS** appellant's motion to substitute counsel.

We **ORDER** the Clerk to remove Dan E. Wood as appellate counsel and substitute James

L. Guinan as counsel for appellant.

/s/      ADA BROWN
            JUSTICE